UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JULIUS DONALDSON,<br><br>Plaintiff,<br><br>v.<br><br>MERRICK GARLAND, et al.,<br><br>Defendants. | No.  2:21-cv-1178 DJC KJN P<br><br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 28, 2023, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Neither party filed objections to the findings and recommendations.

The court presumes that any findings of fact are correct.  See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).  Having reviewed the file, the court finds the findings and

1

recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed February 28, 2023, are adopted in full; and

2.  Defendant Tuttle is dismissed from this action without prejudice.  See Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

Dated:   **April 19, 2023**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2